UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Durham DIVISION

In re: BASSETT, JANET ANN                                   § Case No. 20-80053
                                                            §
                                                            §
                                                            §
                   Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on 01/28/2020. The case was converted to one under Chapter 7 on 07/11/2022. The undersigned trustee was appointed on 07/11/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $         325,000.00

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 141,195.32 |
| Administrative expenses | 25,817.20 |
| Bank service fees | 324.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 35,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 122,663.32 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

USBA Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/29/2022 and the deadline for filing governmental claims was 01/07/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $14,171.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $14,171.42, for a total compensation of $14,171.42[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/24/2023

By: /s/ John Paul Cournoyer
        Trustee , Bar No.: 42224

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

USBA Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 20-80053
**Case Name:** BASSETT, JANET ANN
**For Period Ending:** 02/23/2023

**Trustee Name:** (530361) JP Cournoyer
**Date Filed (f) or Converted (c):** 07/11/2022 (c)
**§ 341(a) Meeting Date:** 08/12/2022
**Claims Bar Date:** 11/29/2022

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | 3115 Hope Valley Road, Durham, NC 27707-0000, Durham County<br>Motion for stay relief (#80) filed 10/18/2022. Response (#84) filed 10/28/22. Hearing 11/17/2022.<br>Homestead exemption of $35,000 authorized by order #96 entered 12/14/2022 sent to debtor 1/5/2023 (Ck #1001) | 229,547.00 | 223,804.68 | | 325,000.00 | FA | 141,195.32 | 35,000.00 |
| 2 | 2015 Honda CRV, 38,000 miles | 14,242.00 | 0.00 | | 0.00 | FA | 7,111.00 | 3,500.00 |
| 3 | Household Goods | 2,550.00 | 0.00 | | 0.00 | FA | 0.00 | 2,550.00 |
| 4 | Electronics | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 5 | Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 6 | Cash | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 7 | Checking: Wells Fargo | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 8 | Savings: Wells Fargo | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 9 | Income Taxes: IRS and NC | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | Possible Consumer Rights Claim(s). Subject to approval of settlement/award by Bankruptcy Court. Unless otherwise specified, no specific claims are known at present. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | IMPORTANT NOTICES: (1) Valuation Method (Sch. A & B): FMV unless otherwise noted. (2) Creditor claims disclosed on Sch. D, E & F are estimates only, drawn largely from unverified information provided by the creditor, and shall not be considered an admission by the Debtor(s) of the amount owed, interest, late fees, etc. Nor is this listing of a creditor or representatives an admission by the Debtor(s) that such parties are actual owners of such claims. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Any other value (See * - Sch B) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 13 | * Any other value, not otherwise listed, including without limitation, any and all amounts on deposit, if any, as of the date of filing, in bank or investment accounts, but not exceeding in value the residual value available under the "wildcard" (NCGS 1C-1601 (a)(2)) exemption | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 14 | VOID (u)<br>Pro rated property taxes paid in advance | VOID | VOID | VOID | VOID | VOID | VOID | VOID |
| **14** | **Assets Totals (Excluding unknown values)** | **$247,289.00** | **$223,804.68** | | **$325,000.00** | **$0.00** | **$148,306.32** | **$42,000.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 20-80053
**Case Name:** BASSETT, JANET ANN

**For Period Ending:** 02/23/2023

**Trustee Name:** (530361) JP Cournoyer
**Date Filed (f) or Converted (c):** 07/11/2022 (c)
**§ 341(a) Meeting Date:** 08/12/2022
**Claims Bar Date:** 11/29/2022

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

    Interim Report No. 2
    Sale of real property approved / closed.
    Draft final report.

**Initial Projected Date Of Final Report (TFR):** 12/29/2023
**Current Projected Date Of Final Report (TFR):** 02/23/2023 (Actual)

02/24/2023
Date

/s/JP Cournoyer
JP Cournoyer

Copy Served On: Mr. William P. Miller
                 Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 20-80053 | Trustee Name: | JP Cournoyer (530361) |
|---|---|---|---|
| Case Name: | BASSETT, JANET ANN | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4114 | Account #: | ******6113 Checking |
| For Period Ending: | 02/23/2023 | Blanket Bond (per case limit): | $9,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/08/22 | {1} | Joan B. Copeland | Due diligence fee 3115 Hope Valley Rd | 1110-000 | 2,000.00 | | 2,000.00 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,995.00 |
| 12/20/22 | | Midtown Property Law | Net sale proceeds | | 156,054.05 | | 158,049.05 |
| | {1} | Melvin Widornski and Joan Copeland | Gross sale proceeds minus $2000 earnest money rcvd trustee pre-closing $323,000.00 | 1110-000 | | | |
| | | Deutsche Bank National Trust, Company, as Trustee | Mortgage payoff authorized by sale order #96 entered 12/14/2022 -$141,195.32 | 4110-000 | | | |
| | | Register of Deeds | Excise tax of $650 minus credit of $134.37 for prepaid taxes -$515.63 | 2500-000 | | | |
| | | Nest Realty | Realtor commission -$11,375.00 | 3510-000 | | | |
| | | Coldwell Banker Advantage | Realtor commission -$8,125.00 | 3510-000 | | | |
| | | American Home Warranty | Home warranty -$735.00 | 2500-000 | | | |
| | | | Credit to purchasers for repair items discovered during due diligence -$5,000.00 | 2500-000 | | | |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 86.56 | 157,962.49 |
| 01/05/23 | 1001 | JANET ANN BASSETT | Homestead exemption authorized by order #96 entered 12/14/2022 | 8100-002 | | 35,000.00 | 122,962.49 |
| 01/06/23 | 1002 | Duke Energy Payment Processing | Electrical service - account no. 9101 3694 1787 | 2420-000 | | 66.57 | 122,895.92 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 232.60 | 122,663.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | 158,054.05 | 35,390.73 | $122,663.32 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 158,054.05 | 35,390.73 | |
| | | Less: Payments to Debtors | | | | 35,000.00 | |
| | | **NET Receipts / Disbursements** | | | $158,054.05 | $390.73 | |

{ } Asset Reference(s)   USBA Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 20-80053 | **Trustee Name:** | JP Cournoyer (530361) |
| **Case Name:** | BASSETT, JANET ANN | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4114 | **Account #:** | ******6113 Checking |
| **For Period Ending:** | 02/23/2023 | **Blanket Bond (per case limit):** | $9,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $158,054.05 |
| Plus Gross Adjustments: | $166,945.95 |
| Less Payments to Debtor: | $35,000.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $290,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6113 Checking | $158,054.05 | $390.73 | $122,663.32 |
| | **$158,054.05** | **$390.73** | **$122,663.32** |

02/24/2023
Date

/s/JP Cournoyer
JP Cournoyer

USBA Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register
### Case: 20-80053 JANET A. BASSETT

Claims Bar Date: 11/29/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| D0 | BB&T<br>Attn: Bankruptcy, Managing Agent<br>Post Office Box 1847<br>Wilson, NC 27894<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>01/28/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Durham County Tax Collector<br>P.O.Box 3397<br>Durham, NC 27702<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>01/28/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| D0 | Select Portfolio Servicing*****<br>Attn: Officer<br>Post Office Box 65250<br>Salt Lake City, UT 84165<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>01/28/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 | Branch Banking & Trust Company now Truist<br>P.O. Box 1847, 100-50-01-51<br>Wilson, NC 27894<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>02/12/20 | | $6,734.29<br>$0.00 | $0.00 | $0.00 |

Claim filed as fully secured by motor vehicle; asset not administered.

| 13 | Deutsche Bank National Trust, Company, as Trustee<br>Attn: Remittance Processing<br>P.O.Box 65450<br>Salt Lake City, UT 84165-0450<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>04/07/20 | | $141,195.32<br>$141,195.32 | $141,195.32 | $0.00 |

Claim filed as fully secured; to be paid in full at closing of property sale.  Payoff thru 12/23/2022 received from servicer for $141,195.32.

| AttyExps | Northen Blue, LLP<br>1414 Raleigh Road, Suite 435<br>ChapelHill, NC 27517<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>01/12/23 | | $295.11<br>$295.11 | $0.00 | $295.11 |

USBA Form 101-7-TFR (5/1/2011)

# Exhibit C
## Analysis of Claims Register
### Case: 20-80053 JANET A. BASSETT

Claims Bar Date: 11/29/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| AttyFees | Northen Blue, LLP<br>1414 Raleigh Road, Suite 435<br>ChapelHill, NC 27517<br><3110-000 Attorney for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>01/12/23 | | $3,757.50<br>$3,757.50 | $0.00 | $3,757.50 |
| Duke | Duke Energy Payment Processing<br>PO Box 1094<br>Charlotte, NC 28201-1094<br><2420-000 Costs to Secure/Maintain Property><br>, 200 | Administrative<br>01/06/23 | | $66.57<br>$66.57 | $66.57 | $0.00 |
| | Electrical service pending sale of 3115 Hope Valley Rd. | | | | | |
| FEE | JP Cournoyer<br>1414 Raleigh Rd.<br>Suite 435<br>Chapel Hill, NC 27517<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>02/23/23 | | $14,171.42<br>$14,171.42 | $0.00 | $14,171.42 |
| | Internal Revenue Service (MD)**<br>Post Office Box 7346<br>Philadelphia, PA 19101<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>01/28/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Law Office of John T Orcutt<br>6616 Six Forks Road<br>Suite 203<br>Raleigh, NC 27615<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>01/28/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | NC Department of Revenue **<br>Attn: Bankruptcy Unit<br>Post Office Box 1168<br>Raleigh, NC 27602<br><5600-000 Consumer Deposits - § 507(a)(7)><br>, 540 | Priority<br>01/28/20 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

### Case: 20-80053 JANET A. BASSETT

Claims Bar Date: 11/29/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Durham County Tax Collector P.O.Box 3397 Durham, NC 27702 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 02/07/20 | | $465.43 $368.51 | $0.00 | $368.51 |
| | $96.92 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining. | | | | | |
| 14P | North Carolina Department of Revenue Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 07/10/20 | | $4,706.22 $4,706.22 | $0.00 | $4,706.22 |
| SURPLUS | BASSETT, JANET ANN 3115 HOPE VALLEY ROAD DURHAM, NC 27707 <8200-000 Surplus Funds Paid to Debtor § 726(a)(6)> , 650 | Unsecured 02/23/23 | | $0.00 $71,571.66 | $0.00 | $71,571.66 |
| | .IMPORTANT NOTICE: See notice re: creditor claims set forth on Schedule A, <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 01/28/20 | | $0.00 $0.00 | $0.00 | $0.00 |
| | American Express **** Customer Care and Billing Inquiries Post Office Box 981535 El Paso, TX 79998 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 01/28/20 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Capital One ***** Post Office Box 85015 Richmond, VA 23285 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 01/28/20 | | $0.00 $0.00 | $0.00 | $0.00 |
| | JPMC *** PO Box 7013 Indianapolis, IN 46207 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 01/28/20 | | $0.00 $0.00 | $0.00 | $0.00 |

USBA Form 101-7-TFR (5/1/2011)

## Exhibit C

## Analysis of Claims Register

Case: 20-80053 JANET A. BASSETT

Claims Bar Date: 11/29/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Kohl's * <br> c/o Capital One <br> Post Office Box 3043 <br> Milwaukee, WI 53201 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 | Unsecured <br> 01/28/20 |  | $0.00 <br> $0.00 | $0.00 | $0.00 |
|  | THD/CBNA <br> One Court Square <br> Long Island City, NY 11120 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 | Unsecured <br> 01/28/20 |  | $0.00 <br> $0.00 | $0.00 | $0.00 |
|  | Wells Fargo Credit Bureau Disputes* <br> Post Office Box 14517 <br> Des Moines, IA 50306 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 | Unsecured <br> 01/28/20 |  | $0.00 <br> $0.00 | $0.00 | $0.00 |
| 1I | Durham County Tax Collector <br> P.O.Box 3397 <br> Durham, NC 27702 <br> <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> <br> , 640 | Unsecured <br> 02/23/23 |  | $3.87 <br> $3.87 | $0.00 | $3.87 |
| 2 | Internal Revenue Service (MD)** <br> P.O. Box 7317 <br> Philadelphia, PA 19101-7317 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 | Unsecured <br> 02/11/20 |  | $0.00 <br> $0.00 | $0.00 | $0.00 |
| 4 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, <br> Robertson, Anschutz & Schneid, P.L. <br> 6409 Congress Avenue, Suite 100 <br> Boca Raton, FL 33487 <br> <7100-000 General Unsecured - § 726(a)(2)> <br> , 610 | Unsecured <br> 02/14/20 |  | $771.18 <br> $605.47 | $0.00 | $605.47 |

$165.71 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

# Exhibit C

## Analysis of Claims Register

### Case: 20-80053 JANET A. BASSETT

Claims Bar Date: 11/29/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4I | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, Robertson, Anschutz & Schneid, P.L. 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 02/23/23 | | $6.35 $6.35 | $0.00 | $6.35 |
| 5 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, Robertson, Anschutz & Schneid, P.L. 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 02/21/20 | | $1,376.24 $1,089.67 | $0.00 | $1,089.67 |

$286.57 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5I | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, Robertson, Anschutz & Schneid, P.L. 6409 Congress Avenue, Suite 100 Boca Raton, FL 33487 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 02/23/23 | | $11.43 $11.43 | $0.00 | $11.43 |
| 6 | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/05/20 | | $893.70 $707.61 | $0.00 | $707.61 |

$186.09 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6I | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 02/23/23 | | $7.42 $7.42 | $0.00 | $7.42 |
| 7 | Citibank, N.A. 6716 Grade Ln Big 9 Ste 910-PY DEPT Louisville, KY 40213 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/12/20 | | $117.78 $100.98 | $0.00 | $100.98 |

$16.80 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

USBA Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

Case: 20-80053 JANET A. BASSETT

Claims Bar Date: 11/29/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7I | Citibank, N.A.<br>6716 Grade Ln Big 9 Ste 910-PY DEPT<br>Louisville, KY 40213<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>02/23/23 | | $1.06<br>$1.06 | $0.00 | $1.06 |
| 8 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/13/20 | | $981.65<br>$777.24 | $0.00 | $777.24 |

$204.41 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8I | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>02/23/23 | | $8.15<br>$8.15 | $0.00 | $8.15 |
| 9 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/13/20 | | $789.63<br>$625.21 | $0.00 | $625.21 |

$164.42 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9I | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7990-000 Surplus Case Interest on Unsecured Claims (including priority)><br>, 640 | Unsecured<br>02/23/23 | | $6.56<br>$6.56 | $0.00 | $6.56 |
| 10 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>03/26/20 | | $5,032.20<br>$3,984.37 | $0.00 | $3,984.37 |

$1,047.83 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

USBA Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

Case: 20-80053 JANET A. BASSETT

Claims Bar Date: 11/29/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10I | Portfolio Recovery Associates, LLC POB 12914 Norfolk, VA 23541 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 02/23/23 | | $41.79 $41.79 | $0.00 | $41.79 |
| 11 | Wells Fargo Bank, N.A. PO Box 9210 Des Moines, IA 50306 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 03/27/20 | | $12,701.89 $10,057.04 | $0.00 | $10,057.04 |

$2,644.85 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11I | Wells Fargo Bank, N.A. PO Box 9210 Des Moines, IA 50306 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 02/23/23 | | $105.49 $105.49 | $0.00 | $105.49 |
| 12 | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41031 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 04/07/20 | | $1,385.03 $1,096.64 | $0.00 | $1,096.64 |

$288.39 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining.

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12I | Synchrony Bank c/o PRA Receivables Management, LLC PO Box 41031 Norfolk, VA 23541 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 02/23/23 | | $11.50 $11.50 | $0.00 | $11.50 |
| 14PI | North Carolina Department of Revenue Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 02/23/23 | | $49.36 $49.36 | $0.00 | $49.36 |

Page: 8

# Exhibit C

## Analysis of Claims Register

### Case: 20-80053 JANET A. BASSETT

Claims Bar Date: 11/29/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 14U | North Carolina Department of Revenue Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 <7200-000 Tardy General Unsecured - § 726(a)(3)> , 620 | Unsecured 07/10/20 | | $10,618.56 $8,407.50 | $0.00 | $8,407.50 |
|  | $2,211.06 disbursed by Ch. 13 Trustee and applied to principal - allowed amount is principal balance remaining. |
| 14UI | North Carolina Department of Revenue Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602-1168 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 02/23/23 | | $88.19 $88.19 | $0.00 | $88.19 |

Case Total:   $141,261.89   $122,663.32

USBA Form 101-7-TFR (5/1/2011)

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 20-80053
Case Name: JANET A. BASSETT
Trustee Name: JP Cournoyer

**Balance on hand:**   $            122,663.32

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Deutsche Bank National Trust, Company, as Trustee | 141,195.32 | 141,195.32 | 141,195.32 | 0.00 |
| 3 | Branch Banking & Trust Company now Truist | 6,734.29 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $            0.00
Remaining balance:   $            122,663.32

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JP Cournoyer | 14,171.42 | 0.00 | 14,171.42 |
| Attorney for Trustee Fees - Northen Blue, LLP | 3,757.50 | 0.00 | 3,757.50 |
| Costs to Secure/Maintain Property - Duke Energy Payment Processing | 66.57 | 66.57 | 0.00 |
| Attorney for Trustee, Expenses - Northen Blue, LLP | 295.11 | 0.00 | 295.11 |

Total to be paid for chapter 7 administrative expenses:   $            18,224.03
Remaining balance:   $            104,439.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $            104,439.29

USBA Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,074.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Durham County Tax Collector | 368.51 | 0.00 | 368.51 |
| 14P | North Carolina Department of Revenue | 4,706.22 | 0.00 | 4,706.22 |

|  |  |
|---|---:|
| Total to be paid for priority claims: $ | 5,074.73 |
| Remaining balance: $ | 99,364.56 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $19,044.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Internal Revenue Service (MD)** | 0.00 | 0.00 | 0.00 |
| 4 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, | 605.47 | 0.00 | 605.47 |
| 5 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, | 1,089.67 | 0.00 | 1,089.67 |
| 6 | Portfolio Recovery Associates, LLC | 707.61 | 0.00 | 707.61 |
| 7 | Citibank, N.A. | 100.98 | 0.00 | 100.98 |
| 8 | Capital One, N.A. | 777.24 | 0.00 | 777.24 |
| 9 | American Express National Bank | 625.21 | 0.00 | 625.21 |
| 10 | Portfolio Recovery Associates, LLC | 3,984.37 | 0.00 | 3,984.37 |
| 11 | Wells Fargo Bank, N.A. | 10,057.04 | 0.00 | 10,057.04 |
| 12 | Synchrony Bank | 1,096.64 | 0.00 | 1,096.64 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: $ | 19,044.23 |
| Remaining balance: $ | 80,320.33 |

Tardily filed claims of general (unsecured) creditors totaling $8,407.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14U | North Carolina Department of Revenue | 8,407.50 | 0.00 | 8,407.50 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 8,407.50 |
| Remaining balance: | $ 71,912.83 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 71,912.83 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 1.55% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $341.17. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $71,571.66.

USBA Form 101-7-TFR(5/1/2011)

Printed: 02/23/2023 7.37 AM

# Trustee's Compensation

**Debtor:** BASSETT, JANET ANN  **Case:** 20-80053

## Computation of Compensation

| | | | |
|---|---:|---|---:|
| Total disbursements to other than the debtor are: | | | 218,428.34 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 168,428.34 | = | 8,421.42 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$14,171.42** |
| Plus Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$14,171.42** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$14,171.42** |

## Trustee Expenses

No Expenses to report.

| | |
|---|---:|
| **Subtotal Expenses:** | **$0.00** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$0.00** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$0.00** |

    The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

    WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $14171.42 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 02/24/2023

Signed: __/s/ JP Cournoyer_____

JP Cournoyer, TRUSTEE
1414 Raleigh Rd., Suite 435
Chapel Hill, NC 27517