IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

In Re:

| | | |
|---|---|---|
| JANET ANN BASSETT | ) | Case No 20-80053 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

REPORT OF UNCLAIMED
FUNDS

NOW COMES James B. Angell, Chapter 7 Trustee in the above referenced case, and reports to the Court as follows:

1. Various checks have been drawn upon the funds of the above-referenced estate pursuant to orders of the Court or as set out in the Trustee's Final Report.

2. There have been one (1) check drawn upon estate funds that were not negotiated by the payees and stop payment requests have been sought pursuant to *11 U.S.C. § 347(a)*. The following are the payees, with their last known addresses and the amounts to which they were entitled to be paid from the remaining property of the estate. Inasmuch as the checks issued have not been negotiated by the payees or returned undelivered, pursuant to *Bankruptcy Rule 3011,* they are considered and hereby reported as unclaimed funds:

| Claimant | Amount |
|---|---|
| Janet Ann Bassett<br>2090 Chandler Village Drive<br>Graham, NC 27253 | $71,571.66 |
| Total | $71,571.66 |

3. Pursuant to *11 U.S.C. § 347(a),* enclosed herein is a check to United States Bankruptcy Court, Clerk of the Court, totaling $71,571.66, which represents the total of the above-referenced unclaimed funds. There are no remaining funds of this estate being held in trust.

DATED: September 12, 2023

/s/ James B. Angell
James B. Angell, Chapter 7 Trustee
State Bar No. 12844
Howard, Stallings, From, Atkins,
Angell & Davis.
PO Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
JAngell@hsfh.com